UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-31600 |
| | CHAPTER 13 |
| Ryan Allen Markus | |
| Tammy Lynn Markus | JUDGE LAURA K GRANDY |
| DEBTORS | NOTICE OF FINAL CURE PAYMENT |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, RUSSELL C. SIMON, TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** LAKEVIEW LOAN SERVICING LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3 | 2736 | $20,365.53 | $20,365.53 | $20,365.53 |
| Total Amount Paid by Trustee | | | | $20,365.53 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**   Through the Chapter 13 Conduit          ___ Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**THE CREDITOR IS HEREBY NOTIFIED THAT AN APPROPRIATE RESPONSE MUST BE FILED NO LATER THAN 21 DAYS FROM THE DATE OF THIS NOTICE. ABSENT A TIMELY RESPONSE, AN ORDER DEEMING THE DEFAULT ON THE CLAIM HAS BEEN PAID IN FULL, AS WELL AS ANY AMOUNT(S) PROVIDED FOR THROUGH THE PLAN, WILL BE ENTERED BY THE COURT WITHOUT FURTHER HEARING.**

Date: August 28, 2018

/s/ RUSSELL C. SIMON, TRUSTEE
RUSSELL C. SIMON, TRUSTEE
Chapter 13 Trustee
24 BRONZE POINTE
SWANSEA, IL  62226

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, August 28, 2018.

/s/ Melanie

Ryan Allen Markus
Tammy Lynn Markus
7067 Lee Rd
Breese, IL  62230


LAKEVIEW LOAN SERVICING LLC
C/O LOANCARE LLC
3637 SENTARA WAY
STE 303
VIRGINIA BEACH, VA  23452


RONALD A BUCH
5312 W MAIN
BELLEVILLE, IL 62226