# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | In Proceedings |
| ) | under Chapter 13 |
| RYAN A MARKUS ) | |
| TAMMY L MARKUS, ) | |
| ) | BK 14-31600 |
| Debtors. ) | |

## ORDER

The Trustee having filed and served a Notice of Final Cure Payment (Doc.# 62) pursuant to Bankruptcy Rule 3002.1(f) on Lakeview Loan Servicing, LLC (claim holder), the holder of a claim on the debtors' principal residence; the claim holder having failed to file the statement required by Bankruptcy Rule 3002.1(g) or any further response within the time allowed; the Court FINDS and ORDERS that the debtors have paid in full the amount required to cure any default on the claim and that, as of the date of the last payment due under the plan, the debtors are otherwise current on all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

IT IS FURTHER ORDERED that the Court's findings set forth above may have preclusive effect should the claim holder seek to present the omitted information, required by subdivision (g) of Rule 3002.1, as evidence in any contested matter or adversary proceeding in this case.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: October 15, 2018

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/6